# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: PANKRATZ, GEORGE | § | Case No. 12-39188-BWB |
| PANKRATZ, TRUDY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 07/19/2013 in Courtroom , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  05/24/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE

                                            Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: PANKRATZ, GEORGE | § | Case No. 12-39188-BWB |
| PANKRATZ, TRUDY | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 17,500.00 |
| *and approved disbursements of* | $ | 2,499.92 |
| *leaving a balance on hand of* [1] | $ | 15,000.08 |

**Balance on hand:**   $   15,000.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00

Remaining balance:   $   15,000.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 2,490.00 | 0.00 | 2,490.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 21.47 | 0.00 | 21.47 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,155.90 | 0.00 | 1,155.90 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 14.75 | 0.00 | 14.75 |

Total to be paid for chapter 7 administration expenses:   $   6,182.12

Remaining balance:   $   8,817.96

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$** 0.00

Remaining balance: **$** 8,817.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: **$** 0.00

Remaining balance: **$** 8,817.96

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,234.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,754.55 | 0.00 | 2,582.54 |
| 2 | Portfolio Recovery Associates, LLC | 11,479.66 | 0.00 | 6,235.42 |

Total to be paid for timely general unsecured claims: **$** 8,817.96

Remaining balance: **$** 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-39188-BWB
Georg E Pankratz                                               Chapter 7
Trudy A Pankratz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: May 28, 2013
                             Form ID: pdf006          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2013.
db/jdb      +Georg E Pankratz,   Trudy A Pankratz,   619 Rustic Rook Dr.,   Somonauk, IL 60552-9657
19518978    +Law Offices of Darrell L Jordan,   1999 West Galena,   Aurora, IL 60506-4305
20408488    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   successor to Capital One, N.a.,
             (HSBC Bank Nevada, N.A.),   POB 41067,   Norfolk, VA 23541)
19518976    +Pankratz Georg E,   619 Rustic Rook Dr,   Somonauk, IL 60552-9657
19518977    +Pankratz Trudy A,   619 Rustic Rook Dr,   Somonauk, IL 60552-9657
19518981    +Union Plus Credit,   P.O. Box 80027,   Salinas, CA 93912-0027
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19518980    +E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2013 02:59:59   Discover,   P.O. Box 6103,
             Carol Stream, IL 60197-6103
19976542     E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2013 02:59:59   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          InnovaLaw, P. C.
19518979    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                     TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2013**                    **Signature:**  *Joseph Speetjens*

District/off: 0752-1          User: ahamilton          Page 2 of 2          Date Rcvd: May 28, 2013
                             Form ID: pdf006          Total Noticed: 8

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2013 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           nb@wfactorlaw.com
          Darrell L Jordan    on behalf of Joint Debtor Trudy A Pankratz lawjko@yahoo.com,
           dlj60506@gmail.com
          Darrell L Jordan    on behalf of Debtor Georg E Pankratz lawjko@yahoo.com,  dlj60506@gmail.com
          David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@innovalaw.com,  IL19@ecfcbis.com
          Thomas B Sullivan    on behalf of Accountant Alan D Lasko tsullivan@innovalaw.com,
           IL19@ecfcbis.com
                                                                              TOTAL: 8