# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: PANKRATZ, GEORGE | § | Case No. 12-39188-BWB |
| PANKRATZ, TRUDY | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $157,605.00                 Assets Exempt: $42,705.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$11,329.43           Claims Discharged
                                                     Without Payment: $4,904.78

Total Expenses of Administration:$6,170.57

3)  Total gross receipts of $      17,500.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2**), yielded net receipts of  $17,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,682.04 | 6,170.57 | 6,170.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 16,234.21 | 16,234.21 | 11,329.43 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,916.25 | $22,404.78 | $17,500.00 |

4)  This case was originally filed under Chapter 7 on October 02, 2012. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _09/12/2013_____    By:_/s/THOMAS B. SULLIVAN, TRUSTEE___
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| OSAGE BEACH, MO | 1110-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | $17,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| INNOVALAW, PC | 3120-000 | N/A | 21.47 | 0.00 | 0.00 |
| INNOVALAW, PC | 3110-000 | N/A | 2,490.00 | 0.00 | 0.00 |
| Alan D. Lasko | 3410-000 | N/A | 1,155.90 | 1,155.90 | 1,155.90 |
| Alan D. Lasko | 3420-000 | N/A | 14.75 | 14.75 | 14.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTEGRITY LAND TITLE COMPANY | 2500-000 | N/A | 249.00 | 249.00 | 249.00 |
| REMAX - LAKE OF THE OZARKS | 3510-000 | N/A | 1,273.00 | 1,273.00 | 1,273.00 |
| RE/MAX AT THE LAKE | 3510-000 | N/A | 875.00 | 875.00 | 875.00 |
| CAMDEN COUNTY | 2820-000 | N/A | 34.10 | 34.10 | 34.10 |
| UPS | 2990-000 | N/A | 28.45 | 28.45 | 28.45 |
| Rabobank, N.A. | 2600-000 | N/A | 17.33 | 17.33 | 17.33 |
| Rabobank, N.A. | 2600-000 | N/A | 23.04 | 23.04 | 23.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,682.04 | $6,170.57 | $6,170.57 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 4,754.55 | 4,754.55 | 3,318.08 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 11,479.66 | 11,479.66 | 8,011.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $16,234.21 | $16,234.21 | $11,329.43 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-39188-BWB

Case Name: PANKRATZ, GEORGE

PANKRATZ, TRUDY

Period Ending: 09/12/13

Trustee: (330180)    THOMAS B. SULLIVAN, TRUSTEE

Filed (f) or Converted (c): 10/02/12 (f)

§341(a) Meeting Date: 11/08/12

Claims Bar Date: 04/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 619 RUSTIC ROOK DRIVE, SOMONAUK, IL | 152,000.00 | 0.00 | | 0.00 | FA |
| 2 | OSAGE BEACH, MO | 8,000.00 | 900.00 | | 17,500.00 | FA |
| 3 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 4 | HARRIS BANK | 100.00 | 0.00 | | 0.00 | FA |
| 5 | OLD SECOND BANK | 400.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 1997 CHEVY PU | 853.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 CHEVY BLAZER | 3,352.00 | 0.00 | | 0.00 | FA |
| 10 | CATS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $165,605.00 | $900.00 | | $17,500.00 | $0.00 |

Major Activities Affecting Case Closing:

PROPERTY IN OSAGE BEACH, MO; REAL ESTATE BROKER EMPLOYED; CONTACT ON PROPERTY; MOTION TO APPROVE SALE SET FOR 2/15/13

Initial Projected Date Of Final Report (TFR):    June 30, 2014

Current Projected Date Of Final Report (TFR):    June 30, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-39188-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Case Name: | PANKRATZ, GEORGE | | Bank Name: | Rabobank, N.A. |
| | PANKRATZ, TRUDY | | Account: | ****812966 - Checking Account |
| Taxpayer ID #: | **-***4760 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/12/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/04/13 | | INTEGRITY LAND TITLE COMPANY INC. | SALE OF PROPERTY/SUNRISE BEACH, MO | | | 15,068.90 | | 15,068.90 |
| | {2} | INTEGRITYY LAND TITLE | SALE OF REAL PROPERTY | 17,500.00 | 1110-000 | | | 15,068.90 |
| | | INTEGRITY LAND TITLE COMPANY | TITLE CHARGES ETC | -249.00 | 2500-000 | | | 15,068.90 |
| | | REMAX - LAKE OF THE OZARKS | COMMISION/REALTOR | -1,273.00 | 3510-000 | | | 15,068.90 |
| | | RE/MAX AT THE LAKE | COMMISSION/REALTOR | -875.00 | 3510-000 | | | 15,068.90 |
| | | CAMDEN COUNTY | COUNTY TAXES | -34.10 | 2820-000 | | | 15,068.90 |
| 03/11/13 | 101 | UPS | INV 000077YA83093/OVERNIGHT DELIVERY CHARGES | | 2990-000 | | 28.45 | 15,040.45 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.33 | 15,023.12 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.04 | 15,000.08 |
| 07/22/13 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,500.00, Trustee Compensation:  Reference: | | 2100-000 | | 2,500.00 | 12,500.08 |
| 07/22/13 | 103 | Alan D. Lasko | Dividend paid 100.00% on $1,155.90, Accountant for Trustee Fees (Other Firm): Reference: | | 3410-000 | | 1,155.90 | 11,344.18 |
| 07/22/13 | 104 | Alan D. Lasko | Dividend paid 100.00% on $14.75, Accountant for Trustee Expenses (Other Firm):  Reference: | | 3420-000 | | 14.75 | 11,329.43 |
| 07/22/13 | 105 | Discover Bank | Dividend paid  69.78% on $4,754.55; Claim# 1; Filed: $4,754.55: Reference: | | 7100-000 | | 3,318.08 | 8,011.35 |
| 07/22/13 | 106 | Portfolio Recovery Associates, LLC | Dividend paid  69.78% on $11,479.66; Claim# 2; Filed: $11,479.66: Reference: | | 7100-000 | | 8,011.35 | 0.00 |

|  | | Receipts | Disbursements | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 15,068.90 | 15,068.90 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 15,068.90 | 15,068.90 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $15,068.90 | $15,068.90 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-39188-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | PANKRATZ, GEORGE | | Bank Name: | Rabobank, N.A. |
| | PANKRATZ, TRUDY | | Account: | ****812966 - Checking Account |
| Taxpayer ID #: | **-***4760 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/12/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****812966 | 15,068.90 | 15,068.90 | 0.00 |
| | $15,068.90 | $15,068.90 | $0.00 |

September 12, 2013

/s/ THOMAS B. SULLIVAN, TRUSTEE

_____

_____

Date

THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)

Printed: 09/12/2013 09:59 AM     V.13.13